**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Sakthi, LLC** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **83-3377106** | |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **100 Tower Drive Suite 238 Burr Ridge, IL 60527** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Cook** County | **Location of principal assets, if different from principal place of business** **203 Interstate Drive Covington, VA 24426** Number, Street, City, State & ZIP Code |

| | | | |
|---|---|---|---|
| 5. | **Debtor's website** (URL) | **www.merucare.com** | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| Debtor | Sakthi, LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

  __6233__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

| Debtor | **Sakthi, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ | When | _____ | Case number, if known | _____ |

---

**11.  Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
Contact name _____
Phone _____

---

**████  Statistical and administrative information**

**13.  Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of creditors**

| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.  Estimated Assets**

| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.  Estimated liabilities**

| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|

---

| Debtor | **Sakthi, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million          ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000          ☐ $50,000,001 - $100 million          ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million          ☐ $100,000,001 - $500 million          ☐ More than $50 billion

| Debtor | **Sakthi, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 14, 2023**
MM / DD / YYYY

X **/s/ Yolanda Contreras**                          **Yolanda Contreras**
Signature of authorized representative of debtor        Printed name

Title    **Manager**

---

**18. Signature of attorney**

X **/s/ O. Allan Fridman**                          Date    **December 14, 2023**
Signature of attorney for debtor                              MM / DD / YYYY

**O. Allan Fridman 6274954**
Printed name

**Law Office of Allan Fridman**
Firm name

**555 Skokie Blvd 500**
**Northbrook, IL 60062**
Number, Street, City, State & ZIP Code

Contact phone    **847-412-0788**        Email address    **allan@fridlg.com**

**6274954 IL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Sakthi, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 14, 2023**    X **/s/ Yolanda Contreras**
_____
Signature of individual signing on behalf of debtor

**Yolanda Contreras**
_____
Printed name

**Manager**
_____
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Sakthi, LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF ILLINOIS** |
| Case number (if known): | |

☐ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Alleghany County Treasurer 9212 Winterberry Ave, Suite Covington, VA 24426** | tbrown@co.alleghany.va.us | **203 Interstate Drive, Covington, VA, 24426** | | | | $3,623.62 |
| **Columbia Acct 10002 PO Box 70319, Philadelphia, PA 19176** | 18662342879 | **gas utility** | | | | $549.20 |
| **Cornerstone Companies 1255 South Franklin Street Christiansburg, VA 24073** | caleb@cscova.com | **203 Interstate Drive, Covington, VA, 24426** | **Contingent Unliquidated Disputed** | | | $96,968.90 |
| **Cornerstone Electric PO Box 1015 Ashland, VA 23005** | caleb@cscova.com | **203 Interstate Drive, Covington, VA, 24426** | **Unliquidated Disputed** | | | $16,450.00 |
| **Dominion PO Box 26543, Richmond, VA 23290** | 877-496-0777 | **Electric Utility** | | | | $18,228.25 |
| **Dr. Krishna Sankar 410 Woodland Road Covington, VA 24426** | sankarinc3@gmail.com | **loan** | | | | $43,997.00 |
| **Hawthorne Development Corporation 100 Tower Drive Willowbrook, IL 60527** | 630-390-2203 | **Developer Loan** | | | | $1,299,532.00 |

Debtor    **Sakthi, LLC**                                                      Case number *(if known)* _____
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Hawthorne Development Corporation 100 Tower Drive Willowbrook, IL 60527 | 6303902203 | Developer fee | | | | $250,613.00 |
| Highland Gateway Real Estate, LLC. Bryson Hunter, registered agent 310 1st St., SW Ste. 1100, Roanoke, VA 24011-1916 | sankarinc3@gmail.com 540-342-4480 | 203 Interstate Drive, Covington, VA, 24426 | Disputed | $4,679,491.04 | $2,970,680.00 | $1,708,811.04 |
| Internal Revenue Service CENTRALIZED INSOLVENCY OPERATIONS PO BOX 7346 Philadelphia, PA 19101-7346 | | Tax penalty | | | | $3,360.00 |
| IPFS Corporation Insurance 462 South 4th Str, #1700, Meidinger Tower, Louisville, KY 40202-2509 | 502-561-9995 | Property insurance Finance company | | | | $57,429.97 |
| Jones & Jones 6120 Peters Creek Rd Roanoke, VA 24019-4028 | rjones@jonesandjonespc.com | Architect | | | | $10,000.00 |
| Kent's Insulating 5454 Aerospace Road Roanoke, VA 24014 | | insulation work | Disputed | | | $11,880.00 |
| Neathawk 323 Jefferson St. North PO Drawer 427 Richmond, VA 23218 | 540-962-7529 | Supplies for Construction | | | | $24,888.78 |
| Newton & Sullivan, PLLC 3420 Electric Road Suite 2C Roanoke, VA 24018 | Dan Sulivan 540-628-7529 | attorney  fees | | | | $3,845.00 |

Debtor  **Sakthi, LLC**                                                      Case number *(if known)* _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Shain Banks**<br>**70 W. Madison St,**<br>**Suite 5400**<br>**Chicago, IL 60602** | **312-345-5701** | | | | | **$13,941.25** |
| **Shentel**<br>**106 S. Main Street**<br>**Edinburg, VA 22824** | | **internet and telephone service** | | | | **$5,675.91** |

Official form 204                Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims                page 3

**Fill in this information to identify the case:**

Debtor name    **Sakthi, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
     Copy line 88 from *Schedule A/B*.............................................................................................   $    **2,970,680.00**

   1b. **Total personal property:**
     Copy line 91A from *Schedule A/B*........................................................................................   $    **129,539.67**

   1c. **Total of all property:**
     Copy line 92 from *Schedule A/B*..........................................................................................   $    **3,100,219.67**

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................   $    **4,679,491.04**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................   $    **3,360.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................   +$    **1,857,622.88**

4. **Total liabilities** ........................................................................................................
   Lines 2 + 3a + 3b          $    **6,540,473.92**

**Fill in this information to identify the case:**

Debtor name      **Sakthi, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | | | **Current value of debtor's interest** |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.    **Fifth Third Bank** | | **8959** | **$311.00** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                                                              **$311.00**
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.
☐ Yes Fill in the information below.

### Part 4:    Investments

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.
☑ Yes Fill in the information below.

Debtor    **Sakthi, LLC**
Name

Case number *(If known)*

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**14.** **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                                   % of ownership

| | Name of entity | % of ownership | | Valuation method | Current value |
|---|---|---|---|---|---|
| 15.1. | **AL Meru Management LLC- assisted living residential facility** | **98** | % | | **Unknown** |
| 15.2. | **IL Meru Management LLC- Independent Living Facility** | **98** | % | | **Unknown** |
| 15.3. | **Meru Memory Care Management LLC- Memory care facility** | **98** | % | | **Unknown** |

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

**17.** **Total of Part 4.**

| | $0.00 |
|---|---|

Add lines 14 through 16.  Copy the total to line 83.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** **Raw materials** | | | | |
| **20.** **Work in progress** | | | | |
| **21.** **Finished goods, including goods held for resale** | | | | |
| **22.** **Other inventory or supplies** **See Exhibit 1** | | **$24,818.13** | **Liquidation** | **$12,538.57** |

**23.** **Total of Part 5.**

| | $12,538.57 |
|---|---|

Add lines 19 through 22.  Copy the total to line 84.

**24.** **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Debtor | **Sakthi, LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

---

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** **See Attached Exhibit 1** | $0.00 | **Liquidation** | $65,808.03 |
| | **See Exhibit 3** | $8,323.37 | **Liquidation** | $3,820.95 |

| 40. | **Office fixtures** |
|---|---|

| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** |
|---|---|

| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles |
|---|---|

| 43. | **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | $69,628.98 |
|---|---|---|

**44.    Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45.    Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 8:**    **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

| Debtor | **Sakthi, LLC** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| **See Exhibit 2** | $2,742.00 | Liquidation | $1,176.00 |
| **See Exhibit 4** | $60,064.30 | Liquidation | $44,885.12 |

**51.** **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

|  |
|---|
| $46,061.12 |

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **203 Interstate Drive, Covington, VA, 24426** | **Fee simple** | $0.00 | Liquidation | $2,970,680.00 |

**56.** **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

|  |
|---|
| $2,970,680.00 |

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**60.** **Patents, copyrights, trademarks, and trade secrets**

**61.** **Internet domain names and websites**

| Debtor | **Sakthi, LLC** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| merucare.com | | $0.00 | | $1,000.00 |
|---|---|---|---|---|

62.   **Licenses, franchises, and royalties**

63.   **Customer lists, mailing lists, or other compilations**

64.   **Other intangibles, or intellectual property**

65.   **Goodwill**

66.   **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$1,000.00

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107)**?**
☑ No
☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 11:   All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

| | **Current value of debtor's interest** |
|---|---|

71.   **Notes receivable**
Description (include name of obligor)

72.   **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.   **Interests in insurance policies or annuities**

74.   **Causes of action against third parties (whether or not a lawsuit has been filed)**

| **Sakthi LLC v  DR. KRISHNA SANKAR,** | | **Unknown** |
|---|---|---|
| Nature of claim | **Breach of Contract and breach of FIduciary Duty** | |
| Amount requested | **$4,350,000.00** | |

| **CORNERSTONE COMPANIES INC v  SAKTHI LLC-counter claim for failure to complete punch list and poor workmanship** | | **$0.00** |
|---|---|---|
| Nature of claim | **Breach of Contract** | |
| Amount requested | **$0.00** | |

75.   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

Debtor      **Sakthi, LLC**_____      Case number *(If known)* _____
Name

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets,
country club membership

78.  **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

|  | **$0.00** |
|---|---|

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor   **Sakthi, LLC**
_____   Case number *(If known)* _____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $311.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $12,538.57 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $69,628.98 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $46,061.12 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................................> | | $2,970,680.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $1,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $129,539.67 | + 91b. $2,970,680.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $3,100,219.67 |

| DATE | ITEM | QUANTITY | COST | TOTAL COST | Liq. Cost |
|---|---|---|---|---|---|
| | **Exhibit 1 Inventory** | | | | |
| 4/7/2022 | roll on ceiling texture, popcorn white, 2 gal  used | 3 | $27.97 | $83.91 | $33.56 |
| | liquid rubber waterproof sealant, 5 gal | 1 | $189.95 | $189.95 | $75.98 |
| 4/12/2022 | Sorbus room divider privacy screen  storage room | 1 | $147.99 | $147.99 | $59.20 |
| 4/19/2022 | Ardemy Canvas wall art 40x20  lobby | 1 | $48.90 | $48.90 | $19.56 |
| | 200w solar street lights outdoor lamp | 1 | $179.00 | $179.00 | $71.60 |
| | Kasonic security light outdoor, 2 pack | 2 | $39.99 | $79.98 | $31.99 |
| | YaSheng Art-Oil Painting 24x48  lobby | 1 | $86.88 | $86.88 | $34.75 |
| 4/19/2022 | 24x36 wall mounted acrylic led light advertising display | 6 | $239.00 | $1,434.00 | $573.60 |
| 4/27/2022 | Quick Shine Multi Surface Floor Finish 64oz, 4 pack  used | 1 | $51.98 | $51.98 | $20.79 |
| 4/29/2022 | Microfiber Pillowcases 2 pack | 5 | $8.99 | $44.95 | $17.98 |
| | Chrisley 90L rolling laundry hamper | 5 | $32.99 | $164.95 | $65.98 |
| 4/30/2022 | sleeping pillows, queen size cooling, set of 2 | 5 | $19.54 | $97.70 | $39.08 |
| 4/30/2022 | 4.6 cu ft two door mini fridge w/ freezer 418 | 1 | $215.99 | $215.99 | $86.40 |
| 5/1/2022 | energetic light bulbs 75 watt, 12 pack  used | 2 | $24.99 | $49.98 | $19.99 |
| 10/1/2020 | Surge Mocha Sofa, Lseat, Chairs  208 | 1 | $1,188.00 | $1,188.00 | $475.20 |
| 10/1/2020 | Set/3 Tables  208 | 1 | $353.00 | $353.00 | $141.20 |
| 10/1/2020 | Set/2 Lamps  208 | 1 | $108.00 | $108.00 | $43.20 |
| 10/1/2020 | Lamps | 1 | $176.00 | $176.00 | $70.40 |
| 10/1/2020 | Counter Table, Counter Stool 411 | 1 | $588.00 | $588.00 | $235.20 |
| 10/1/2020 | Sleigh H/Board, 4/6 Rails, Dresser 106, 115 | 2 | $269.05 | $538.10 | $215.24 |
| 10/1/2020 | Dresser | 2 | $318.05 | $636.10 | $254.44 |
| 10/1/2020 | Night Stand  106, 115 | 2 | $108.00 | $216.00 | $86.40 |
| 10/1/2020 | Table Lamps  106, 115 | 2 | $49.00 | $98.00 | $39.20 |
| 10/1/2020 | 4/6 Matt Box | 2 | $220.00 | $440.00 | $176.00 |
| 10/1/2020 | Foundation 4/6 | 2 | $149.00 | $298.00 | $119.20 |
| 10/1/2020 | Day Bed, Trudle Box  418 | 1 | $368.00 | $368.00 | $147.20 |
| 10/1/2020 | Hep 3/3 tables  418 | 1 | $269.05 | $269.05 | $107.62 |
| 10/1/2020 | 7317 Set/3  411 | 1 | $284.02 | $284.02 | $113.61 |
| 10/1/2020 | Table Lamps  411 | 2 | $117.06 | $234.12 | $93.65 |
| 10/1/2020 | Sierra Chair  418 | 1 | $288.00 | $288.00 | $115.20 |
| 10/1/2020 | Side  Board  418 | 1 | $248.00 | $248.00 | $99.20 |
| 10/1/2020 | H/Board, F/Board, Rails, Dresser, Mirror, Chest, Night Stand  208 | 1 | $988.00 | $988.00 | $395.20 |
| 10/1/2020 | Mattress Box | 4 | $245.00 | $980.00 | $392.00 |
| 10/1/2020 | Foundation | 4 | $149.00 | $596.00 | $238.40 |
| 10/1/2020 | Foundation | 4 | $149.00 | $596.00 | $238.40 |
| 10/1/2020 | Chairside Table 115 | 1 | $107.00 | $107.00 | $42.80 |
| 10/1/2020 | Vintage Recliner  333 | 1 | $490.00 | $490.00 | $196.00 |
| 10/1/2020 | Chair Accent  lobby | 1 | $490.00 | $490.00 | $196.00 |
| 10/1/2020 | Ottoman  hallyway b | 1 | $328.00 | $328.00 | $131.20 |
| 10/1/2020 | End Table  hallway b | 2 | $152.00 | $304.00 | $121.60 |
| 10/1/2020 | 3 PC Dinnette | 1 | $319.00 | $319.00 | $127.60 |
| 10/1/2020 | H/Board, F/Board, Queen Rails  333 | 1 | $475.00 | $475.00 | $190.00 |
| 10/1/2020 | Dresser  333 | 1 | $441.00 | $441.00 | $176.40 |
| 10/1/2020 | Chest  333 | 1 | $372.00 | $372.00 | $148.80 |
| 10/1/2020 | Night Stand  333 | 1 | $201.00 | $201.00 | $80.40 |
| 10/1/2020 | Lamp Nail  333 | 1 | $49.00 | $49.00 | $19.60 |
| 10/1/2020 | Reclining Sofa lobby | 1 | $711.00 | $711.00 | $284.40 |
| 10/1/2020 | Reclining LS lobby | 1 | $686.00 | $686.00 | $274.40 |
| 10/1/2020 | Recliner  lobby | 1 | $490.00 | $490.00 | $196.00 |
| 10/1/2020 | Set/3 tables lobby | 1 | $353.00 | $353.00 | $141.20 |
| 10/1/2020 | Lamps/2 lobby | 2 | $127.00 | $254.00 | $101.60 |
| 10/1/2020 | Counter Table, 4 chairs  208 | 1 | $1,000.00 | $1,000.00 | $400.00 |
| 10/1/2020 | Table Lamps  418 | 2 | $78.04 | $156.08 | $62.43 |
| 10/1/2020 | Table CKT 2 End Tables  333 | 1 | $548.00 | $548.00 | $219.20 |
| 10/1/2020 | Hammertime Sofa  411 | 1 | $573.00 | $573.00 | $229.20 |
| 10/1/2020 | Hammertime Lseat  411 | 1 | $554.00 | $554.00 | $221.60 |
| 10/1/2020 | Upholstered, F/Board, Rails  411 | 1 | $539.00 | $539.00 | $215.60 |

| Date | Item | Qty | Unit | Total | Value |
|---|---|---|---|---|---|
| 10/1/2020 | Dresser  411 | 1 | $441.00 | $441.00 | $176.40 |
| 10/1/2020 | Mirror  411 | 1 | $98.00 | $98.00 | $39.20 |
| 10/1/2020 | Chest  411 | 1 | $343.00 | $343.00 | $137.20 |
| 10/1/2020 | Night Stand  411 | 1 | $196.00 | $196.00 | $78.40 |
| 10/1/2020 | Table Lamp  411 | 1 | $69.00 | $69.00 | $27.60 |
| 10/1/2020 | Klic Klac  208 | 1 | $392.00 | $392.00 | $156.80 |
| 10/1/2020 | Onyx Recliner  208 | 1 | $343.00 | $343.00 | $137.20 |
| 4/28/2022 | ASHL Loveseat/CKT/2 Chairs | 2 | $799.95 | $1,599.90 | $639.96 |
| 4/28/2022 | UNFI Dante AlmonD Laf Sofa 115 | 1 | $1,359.95 | $1,359.95 | $543.98 |
| 4/28/2022 | UNFI Dante Almond Storage Ottoman  115 | 1 | $399.95 | $399.95 | $159.98 |
| 4/28/2022 | HUGH IMAGE Lambskin Sofa 106 | 1 | $649.95 | $649.95 | $259.98 |
| 4/28/2022 | HUGH Thor Shadow Accent Chair 106 | 1 | $349.00 | $349.00 | $139.60 |
| 4/28/2022 | LULI Diamond Jim Gold Table Lamp  106 | 1 | $68.00 | $269.95 | $107.98 |
| 4/28/2022 | ASHL End Table  106 | 1 | $269.95 | $269.95 | $107.98 |
| 4/28/2022 | HIST Gathering Sofa Table Base  115 | 1 | $515.00 | $515.00 | $206.00 |
| | Saddle Stool  115 | 2 | $249.00 | $498.00 | $199.20 |
| | Floor lamp 115 | 1 | $448.00 | $448.00 | $179.20 |
| 4/28/2022 | HOML 3 PC Counter Dinette  fishbowl | 2 | $499.95 | $999.90 | $399.96 |
| 4/28/2022 | MDAY 3PC Chair and Table Set  hallway | 1 | $299.00 | $299.00 | $119.60 |
| | Security camera's system | 1 | $8,234.72 | $8,234.72 | $3,293.89 |
| 09/18/23 | Console tables | 2 | $43.00 | $86.00 | $34.40 |
| 10/09/23 | fall wreaths | 2 | $40.00 | $80.00 | $32.00 |
| 08/02/23 | rug | 1 | $20.00 | $20.00 | $8.00 |
| 08/02/23 | rug | 1 | $20.00 | $20.00 | $8.00 |
| | stereo | 1 | $27.00 | $27.00 | $10.80 |
| | **total** | | $24,818.13 | $31,347.18 | $12,538.87 |

**Exhibit 2 Machininery Fixutre and Equipment**

| Date | Item | Qty | Unit | Total | Value |
|---|---|---|---|---|---|
| 3/22/2021 | DEWALT Palm Sander | 1 | $64.00 | $64.00 | $25.60 |
| 3/22/2021 | 2 Stanley Saw Horses | 1 | $55.00 | $55.00 | $22.00 |
| 1/19/2021 | Stanley Paint Pole | 1 | $10.00 | $10.00 | $4.00 |
| 4/1/2021 | Craftsman Air Compresser | 1 | $319.00 | $319.00 | $127.60 |
| 4/1/2021 | Rubbermaid Utility Cart | 1 | $99.00 | $99.00 | $39.60 |
| 4/1/2021 | Kobalt 3 pc Groove Pliers | 1 | $20.00 | $20.00 | $8.00 |
| 4/1/2021 | Stanley 25 ft cord | 1 | $23.00 | $23.00 | $9.20 |
| 4/1/2021 | Kobalt Electricians T/Kit | 1 | $78.00 | $78.00 | $31.20 |
| 4/1/2021 | Craftsman 10 in Table Saw | 1 | $219.00 | $219.00 | $87.60 |
| 4/1/2021 | Johnson 48 in Box Level | 1 | $62.00 | $62.00 | $24.80 |
| 4/1/2021 | Johnson 24 in Box Level | 1 | $41.00 | $41.00 | $16.40 |
| 4/1/2021 | Skil 3 pc Router Bit | 1 | $109.00 | $109.00 | $43.60 |
| 4/1/2021 | Kobalt 10 in Miter Saw | 1 | $269.00 | $269.00 | $107.60 |
| 4/1/2021 | Craftsman Trim Guns/Kit | 3 | $99.00 | $297.00 | $118.80 |
| 4/1/2021 | Kobalt Table Router | 1 | $180.00 | $180.00 | $72.00 |
| 4/1/2021 | Rockwell Oscilating Tool | 1 | $99.00 | $99.00 | $39.60 |
| 2/19/2021 | Craftsman Shop Vac | 1 | $99.00 | $99.00 | $39.60 |
| | Chicago elec power tool | 1 | $190.00 | $190.00 | $76.00 |
| | Gas Can | 1 | $20.00 | $20.00 | $8.00 |
| | 2 Wheel Barrow | 1 | $119.00 | $119.00 | $47.60 |
| | 1 Wheel Barrow | 1 | $100.00 | $100.00 | $40.00 |
| | Snow Shovel | 1 | $55.00 | $55.00 | $22.00 |
| | Pointed Head Shovel | 1 | $30.00 | $30.00 | $12.00 |
| | 8 Ft Ladder | 1 | $99.00 | $99.00 | $39.60 |
| | 4 Ft Ladder | 1 | $50.00 | $50.00 | $20.00 |
| | Black & Decker Makita Saw | 1 | $149.00 | $149.00 | $59.60 |
| | Black & Decker Heat Gun | 1 | $27.00 | $27.00 | $10.80 |
| | Posthole Diggers | 1 | $58.00 | $58.00 | $23.20 |
| | **TOTAL** | | $2,742.00 | $2,940.00 | $1,176.00 |

**Exhibit 3 Office Furniture and Equipment**

Office

| Date | Item | Qty | Price | Total | Value |
|------|------|-----|-------|-------|-------|
| 08/08/23 | 4 square cubicle | 1 | $49.00 | $ 49.00 | $ 19.60 |
| 08/08/23 | 8 square cubicle | 1 | $79.00 | $ 79.00 | $ 31.60 |
| 08/08/23 | canvas totes | 2 | $10.00 | $ 20.00 | $ 8.00 |
| 08/12/23 | wall clock | 1 | $21.00 | $ 21.00 | $ 8.40 |
| | assorted pillows | 9 | $25.00 | $ 225.00 | $ 90.00 |
| | office chair | 1 | $79.00 | $ 79.00 | $ 31.60 |
| | silk tree | 1 | $35.00 | $ 35.00 | $ 14.00 |
| 08/12/23 | canvas picture | 1 | $42.50 | $ 42.50 | $ 17.00 |
| NA | table decorations | 4 | $35.00 | $ 140.00 | $ 56.00 |
| 15-Aug | American flag/stand | 1 | $87.00 | $ 87.00 | $ 34.80 |
| | table decoration | 1 | $35.00 | $ 35.00 | $ 14.00 |
| NA | wall mirror | 1 | $50.00 | $ 50.00 | $ 20.00 |
| | door rugs | 2 | $20.00 | $ 40.00 | $ 16.00 |
| NA | desk | 1 | $120.00 | $ 120.00 | $ 48.00 |
| 09/11/23 | desktop computer | 1 | $832.46 | $ 832.46 | $ 332.98 |
| NA | printer | 1 | $135.00 | $ 135.00 | $ 54.00 |
| 09/02/23 | desk chair | 1 | $115.00 | $ 115.00 | $ 46.00 |
| 09/21/23 | office chairs | 4 | $75.00 | $ 300.00 | $ 120.00 |
| | rug | 1 | $100.00 | $ 100.00 | $ 40.00 |
| 09/22/23 | tables | 2 | $86.00 | $ 172.00 | $ 68.80 |
| | 4 square cubicles | 1 | $20.00 | $ 20.00 | $ 8.00 |
| NA | glass bookcase | 1 | $119.00 | $ 119.00 | $ 47.60 |
| NA | rolling file cabinet with drawers | 1 | $267.00 | $ 267.00 | $ 106.80 |
| | wireless keyboard | 1 | $56.00 | $ 56.00 | $ 22.40 |
| 09/08/23 | Verizon Hot Spot | 1 | $104.00 | $ 104.00 | $ 41.60 |
| 07/24/23 | file cabinet | 1 | $59.00 | $ 59.00 | $ 23.60 |
| 09/17/23 | wall clock | 1 | $20.00 | $ 20.00 | $ 8.00 |
| 09/08/23 | verizon cell phone | 1 | $810.00 | $ 810.00 | $ 324.00 |
| 09/14/23 | phone case | 1 | $22.00 | $ 22.00 | $ 8.80 |
| 09/11/23 | desktop computer | 1 | $832.46 | $ 832.46 | $ 332.98 |
| NA | printer | 1 | $135.00 | $ 135.00 | $ 54.00 |
| 08/30/23 | office chairs | 2 | $134.00 | $ 268.00 | $ 107.20 |
| NA | desk | 1 | $120.00 | $ 120.00 | $ 48.00 |
| NA | file cabinets | 2 | $75.00 | $ 150.00 | $ 60.00 |
| | 4 square cubicle | 1 | $86.00 | $ 86.00 | $ 34.40 |
| 09/14/23 | tote bag | 1 | $26.00 | $ 26.00 | $ 10.40 |
| NA | desk chair | 1 | $115.00 | $ 115.00 | $ 46.00 |
| NA | desk | 1 | $120.00 | $ 120.00 | $ 48.00 |
| 09/02/23 | desk chair | 1 | $90.00 | $ 90.00 | $ 36.00 |
| NA | office chairs | 2 | $90.00 | $ 180.00 | $ 72.00 |
| NA | computer | 1 | $735.00 | $ 735.00 | $ 294.00 |
| NA | printer | 1 | $135.00 | $ 135.00 | $ 54.00 |
| | dry erase boards | 3 | $30.00 | $ 90.00 | $ 36.00 |
| NA | file cabinet | 1 | $75.00 | $ 75.00 | $ 30.00 |
| | 4 square cubicle | 1 | $86.00 | $ 86.00 | $ 34.40 |
| NA | chair mat | 1 | $20.00 | $ 20.00 | $ 8.00 |
| NA | shredder | 1 | $249.99 | $ 249.99 | $ 100.00 |
| 08/14/23 | time clock | 1 | $32.00 | $ 32.00 | $ 12.80 |
| 9/20/2023 | laminator | 1 | $33.50 | $ 33.50 | $ 13.40 |
| 07/24/23 | Printer | 1 | $135.00 | $ 135.00 | $ 54.00 |
| NA | desk | 1 | $120.00 | $ 120.00 | $ 48.00 |
| 09/18/23 | bench | 1 | $115.00 | $ 115.00 | $ 46.00 |
| NA | office chair | 1 | $90.00 | $ 90.00 | $ 36.00 |
| NA | file cabinet | 1 | $75.00 | $ 75.00 | $ 30.00 |
| 09/11/23 | desktop computer | 1 | $832.46 | $ 832.46 | $ 332.98 |
| 09/20/23 | sitting chairs | 4 | $58.00 | $ 232.00 | $ 92.80 |
| 09/19/23 | round table | 1 | $66.00 | $ 66.00 | $ 26.40 |
| 10/15/23 | table decorations | 3 | $25.00 | $ 75.00 | $ 30.00 |
| 09/22/23 | Canvas Wall Art | 1 | $79.00 | $ 79.00 | $ 31.60 |
| | TOTAL | | $8,323.37 | $9,552.37 | $3,820.95 |

**See Exhibit 4 Other machinery fixtures and equipment**

Resturant Equipment

| Date | Item | Qty | Unit | | Ext | | Value |
|---|---|---|---|---|---|---|---|
| NA | tables | 10 | $75.00 | $ | 750.00 | $ | 300.00 |
| NA | chairs | 21 | $50.00 | $ | 1,050.00 | $ | 420.00 |
| 09/02/23 | menu holders | 10 | $8.50 | $ | 85.00 | $ | 34.00 |
| NA | hostess stand | 1 | $10.00 | $ | 10.00 | $ | 4.00 |
| NA | church pew | 1 | $100.00 | $ | 100.00 | $ | 40.00 |
| NA | working table | 1 | $50.00 | $ | 50.00 | $ | 20.00 |
| NA | table decorations | 10 | $20.00 | $ | 200.00 | $ | 80.00 |
| NA | hostess stand decoration | 1 | $20.00 | $ | 20.00 | $ | 8.00 |
| 09/18/23 | bar stools | 4 | $28.00 | $ | 112.00 | $ | 44.80 |
| 10/20/23 | bar stools | 4 | $28.00 | $ | 112.00 | $ | 44.80 |
| NA | pretezel machine | 1 | $55.00 | $ | 55.00 | $ | 22.00 |
| NA | 4 tables | 4 | $79.00 | $ | 316.00 | $ | 126.40 |
| NA | 6 chairs | 6 | $50.00 | $ | 300.00 | $ | 120.00 |
| NA | ping pong table | 1 | $150.00 | $ | 150.00 | $ | 60.00 |
| 10/20/23 | supplies | 1 | $120.00 | $ | 120.00 | $ | 48.00 |
| NA | mug cooler | 1 | $20.00 | $ | 20.00 | $ | 8.00 |
| NA | panio and bench | 1 | $350.00 | $ | 350.00 | $ | 140.00 |
| 10/18/23 | syrup holder | 1 | $10.00 | $ | 10.00 | $ | 4.00 |
| 10/18/23 | Mr. Coffee machine | 2 | $50.00 | $ | 100.00 | $ | 40.00 |
| NA | seats | 12 | $50.00 | $ | 600.00 | $ | 240.00 |
| 10/19/23 | projector | 1 | $100.00 | $ | 100.00 | $ | 40.00 |
| NA | pole lamp | 1 | $50.00 | $ | 50.00 | $ | 20.00 |
| NA | assorted pillows | 4 | $100.00 | $ | 400.00 | $ | 160.00 |
| 10/17/23 | table top decorations | 10 | $25.00 | $ | 250.00 | $ | 100.00 |
| NA | tall table | 1 | $75.00 | $ | 75.00 | $ | 30.00 |
| 10/20/23 | bar stools | 4 | $35.00 | $ | 140.00 | $ | 56.00 |
| 10/20/23 | 4 square cubicles | 2 | $35.00 | $ | 70.00 | $ | 28.00 |
| 10/20/23 | 8 square cubicles | 2 | $45.00 | $ | 90.00 | $ | 36.00 |
| 10/20/23 | rugs | 4 | $75.00 | $ | 300.00 | $ | 120.00 |
| NA | assorted books | 1 | $100.00 | $ | 100.00 | $ | 40.00 |
| 10/16/23 | Gold gym weight system | 1 | $50.00 | $ | 50.00 | $ | 20.00 |
| 10/16/23 | tread mill | 1 | $175.00 | $ | 175.00 | $ | 70.00 |
| NA | bike | 1 | $110.00 | $ | 110.00 | $ | 44.00 |
| NA | elliptical | 1 | $175.00 | $ | 175.00 | $ | 70.00 |
| 10/19/23 | towel rack | 1 | $35.00 | $ | 35.00 | $ | 14.00 |
| 10/19/23 | towels | 12 | $12.00 | $ | 144.00 | $ | 57.60 |
| NA | yoga cabinet | 1 | $25.00 | $ | 25.00 | $ | 10.00 |
| NA | exercise ball | 1 | $10.00 | $ | 10.00 | $ | 4.00 |
| NA | chairs | 2 | $35.00 | $ | 70.00 | $ | 28.00 |
| | New kitchen hood | 1 | $3,800.00 | $ | 3,800.00 | $ | 1,520.00 |
| | Grill | 1 | $250.00 | $ | 250.00 | $ | 100.00 |
| | Double fryer | 1 | $350.00 | $ | 350.00 | $ | 140.00 |
| | 6 burner stove top, oven commercial | 1 | $5,000.00 | $ | 5,000.00 | $ | 2,000.00 |
| | New HVACs | 1 | $19,278.80 | $ | 19,278.80 | $ | 7,711.52 |
| | Tri sink | 1 | $800.00 | $ | 800.00 | $ | 320.00 |
| | Single sink | 1 | $300.00 | $ | 300.00 | $ | 120.00 |
| | Food storage racks x5 | 5 | $1,000.00 | $ | 5,000.00 | $ | 2,000.00 |
| | Reach in refrigerator x3 | 3 | $15,000.00 | $ | 45,000.00 | $ | 18,000.00 |
| | Confection oven | 1 | $5,000.00 | $ | 5,000.00 | $ | 2,000.00 |
| | Steam serve table | 1 | $1,000.00 | $ | 1,000.00 | $ | 400.00 |
| | Prep table x6 | 6 | $2,100.00 | $ | 12,600.00 | $ | 5,040.00 |
| | Ice maker | 1 | $2,500.00 | $ | 2,500.00 | $ | 1,000.00 |
| | Pan rack x3 | 3 | $405.00 | $ | 1,215.00 | $ | 486.00 |
| | Storage rack green x 6 | 6 | $510.00 | $ | 3,060.00 | $ | 1,224.00 |
| | Apartment refrigator | 1 | $180.00 | $ | 180.00 | $ | 72.00 |
| | Total | | | $60,064.30 | | $112,212.80 | $44,885.12 |

**Fill in this information to identify the case:**

Debtor name **Sakthi, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |

| 2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1 Highland Gateway Real Estate, LLC.**
Creditor's Name

**Bryson Hunter, registered agent**
**310 1st St., SW Ste. 1100,**
**Roanoke, VA 24011-1916**
Creditor's mailing address

**sankarinc3@gmail.com**
Creditor's email address, if known

**Date debt was incurred**
**December 19, 2019**
**Last 4 digits of account number**
**4480**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**203 Interstate Drive, Covington, VA, 24426**

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**
☐ No
☑ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

Column A: **$4,679,491.04**
Column B: **$2,970,680.00**

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   **$4,679,491.04**

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Brian H. Richardson**<br>**1100 Roanke**<br>**Roanoke, VA 24011** | Line **2.1** | |

Debtor   **Sakthi, LLC**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Name

Case number (*if known*)   ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

**DR. KRISHNA SANKAR,**
**410 Woodland Road**
**Covington, VA 24426**

Line  **2.1**

**Peter M. Pearl**
**310 First Street, Suite 1100**
**Roanoke, VA 24011**

Line  **2.1**

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 2

**Fill in this information to identify the case:**

Debtor name     **Sakthi, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,360.00 | $0.00 |
| **Internal Revenue Service CENTRALIZED INSOLVENCY OPERATIONS PO BOX 7346 Philadelphia, PA 19101-7346** | ☐ Contingent ☐ Unliquidated ☐ Disputed |  |  |
| Date or dates debt was incurred | Basis for the claim: **Tax penalty** |  |  |
| Last 4 digits of account number ___ | Is the claim subject to offset? |  |  |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No ☐ Yes |  |  |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,623.62 |
| **Alleghany County Treasurer 9212 Winterberry Ave, Suite Covington, VA 24426** | ☐ Contingent ☐ Unliquidated ☐ Disputed |  |
| Date(s) debt was incurred ___ | Basis for the claim: **203 Interstate Drive, Covington, VA, 24426** |  |
| Last 4 digits of account number **8102** | Is the claim subject to offset? ☑ No ☐ Yes |  |
| **3.2** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $549.20 |
| **Columbia Acct 10002 PO Box 70319, Philadelphia, PA 19176** | ☐ Contingent ☐ Unliquidated ☐ Disputed |  |
| Date(s) debt was incurred ___ | Basis for the claim: **gas utility** |  |
| Last 4 digits of account number **0000** | Is the claim subject to offset? ☑ No ☐ Yes |  |

| Debtor | Sakthi, LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$96,968.90** |
|---|---|---|---|

**Cornerstone Companies**
**1255 South Franklin Street**
**Christiansburg, VA 24073**

- ☐ Date(s) debt was incurred ___

- ☐ Last 4 digits of account number ___

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** 203 Interstate Drive, Covington, VA, 24426

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$16,450.00** |
|---|---|---|---|

**Cornerstone Electric**
**PO Box 1015**
**Ashland, VA 23005**

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** 203 Interstate Drive, Covington, VA, 24426

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$18,228.25** |
|---|---|---|---|

**Dominion**
**PO Box 26543,**
**Richmond, VA 23290**

Date(s) debt was incurred ___

Last 4 digits of account number  6715

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Electric Utility

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$43,997.00** |
|---|---|---|---|

**Dr. Krishna Sankar**
**410 Woodland Road**
**Covington, VA 24426**

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** loan

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,299,532.00** |
|---|---|---|---|

**Hawthorne Development Corporation**
**100 Tower Drive**
**Willowbrook, IL 60527**

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Developer Loan

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$250,613.00** |
|---|---|---|---|

**Hawthorne Development Corporation**
**100 Tower Drive**
**Willowbrook, IL 60527**

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Developer fee

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$57,429.97** |
|---|---|---|---|

**IPFS Corporation Insurance**
**462 South 4th Str, #1700,**
**Meidinger Tower,**
**Louisville, KY 40202-2509**

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Property insurance Finance company

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sakthi, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.10** | Nonpriority creditor's name and mailing address

**Jones & Jones**
**6120 Peters Creek Rd**
**Roanoke, VA 24019-4028**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Architect__

Is the claim subject to offset? ■ No ☐ Yes

**$10,000.00**

---

**3.11** | Nonpriority creditor's name and mailing address

**Kent's Insulating**
**5454 Aerospace Road**
**Roanoke, VA 24014**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __insulation work__

Is the claim subject to offset? ■ No ☐ Yes

**$11,880.00**

---

**3.12** | Nonpriority creditor's name and mailing address

**Neathawk**
**323 Jefferson St. North**
**PO Drawer 427**
**Richmond, VA 23218**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Supplies for Construction__

Is the claim subject to offset? ■ No ☐ Yes

**$24,888.78**

---

**3.13** | Nonpriority creditor's name and mailing address

**Newton & Sullivan, PLLC**
**3420 Electric Road Suite 2C**
**Roanoke, VA 24018**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __attorney fees__

Is the claim subject to offset? ■ No ☐ Yes

**$3,845.00**

---

**3.14** | Nonpriority creditor's name and mailing address

**Shain Banks**
**70 W. Madison St, Suite 5400**
**Chicago, IL 60602**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$13,941.25**

---

**3.15** | Nonpriority creditor's name and mailing address

**Shentel**
**106 S. Main Street**
**Edinburg, VA 22824**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __internet and telephone service__

Is the claim subject to offset? ■ No ☐ Yes

**$5,675.91**

---

| **Part 3:** | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Debtor | Sakthi, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **David E. DeCelles**<br>**david.decelles@usdoj.gov**<br>**219 S Dearborn Room 500**<br>**Chicago, IL 60601** | Line **2.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Shentel**<br>**PO Box 740573, Cincinnati, OH**<br>**Cincinnati, OH 45274** | Line **3.15**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **U.S. Attorney, Civil Process Clerk**<br>**Attn. David Decelles**<br>**219 S. Dearborn St., Rm. 500**<br>**Chicago, IL 60603** | Line **2.1**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 3,360.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 1,857,622.88 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 1,860,982.88 |

| Fill in this information to identify the case: |
|---|
| Debtor name  **Sakthi, LLC** |
| United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known)  _____ |

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal* *Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest | **Memory Care lease at 2,500 per rmonth paid in bulk in the amount of $400,000** |
|       State the term remaining | **14 years** |
|       List the contract number of any government contract | **AL Meru Management LLC**<br>**100 Tower Dr. Suite 238**<br>**Willowbrook, IL 60527** |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest | **Developer Service agreement** |
|       State the term remaining | |
|       List the contract number of any government contract | **Hawthorne Development Corporation**<br>**100 Tower Drive Suite 238**<br>**Willowbrook, IL 60527** |
| 2.3.   State what the contract or lease is for and the nature of the debtor's interest | **Memory Care lease at 2,500 per rmonth paid in bulk in the amount of $400,000** |
|       State the term remaining | **14 years** |
|       List the contract number of any government contract | **IL Meru Managment LLC**<br>**100 Tower Drive Suite 238**<br>**Willowbrook, IL 60527** |
| 2.4.   State what the contract or lease is for and the nature of the debtor's interest | **Memory Care lease at 2,500 per rmonth paid in bulk in the amount of $400,000** |
|       State the term remaining | **15** |
|       List the contract number of any government contract | **Meru Memory Care Managment LLC**<br>**100 Tower Drive Suite 238**<br>**Willowbrook, IL 60527** |

**Fill in this information to identify the case:**

Debtor name    **Sakthi, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Dr. Ganesan Visvasbharathy** | **100 Tower Drive Suite 238 Burr Ridge, IL 60527 Guarantor for Loan from Midland Bank** | **Highland Gateway Real Estate, LLC.** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.2 | **DR. KRISHNA SANKAR** | **410 Woodland Road Covington, VA 24426 Guarantor for 370,000 in Credit line deed of trust and Deed in trust for Midland Bank** | **Highland Gateway Real Estate, LLC.** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.3 | **Hawthorne Development Corporation** | **100 Tower Drive Suite 238 Burr Ridge, IL 60527 Guarantor for Loan from Midland Bank** | **Highland Gateway Real Estate, LLC.** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.4 | **Sankar Properties, Inc.** | **410 Woodland Road Covington, VA 24426** | **Highland Gateway Real Estate, LLC.** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name      **Sakthi, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          **04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:** From  **1/01/2023** to **Filing Date** | ☑ Operating a business<br>☐ Other  _____ | **$909,800.00** |
   | **For prior year:** From  **1/01/2022** to **12/31/2022** | ☑ Operating a business<br>☐ Other  _____ | **$1,030,000.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
   |---|---|---|---|---|
   | 3.1. | **Hawthorne Development Corporation**<br>**100 Tower Drive**<br>**Willowbrook, IL 60527** | 09/20/23 | $28,525.49 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Debtor    **Sakthi, LLC**                                                    Case number *(if known)* _____

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

**5. Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:**    **Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **CORNERSTONE GENERAL CONTRACTOR v SAKTHI LLC** CL21000149-00 | **Civil** | **Alleghany County Circuit P. O. Box 670 266 West Main Street Covington, VA 24426-0670** | ☑ Pending ☐ On appeal ☐ Concluded |
| 7.2. | **CORNERSTONE COMPANIES INC v SAKTHI LLC** CL21000390-00 | **Civil** | **Alleghany County Circuit P. O. Box 670 266 West Main Street Covington, VA 24426-0670** | ☐ Pending ☐ On appeal ☐ Concluded |
| 7.3. | **SAKTHI LLC V HIGHLAND GATEWAY REAL ESTATE L v** CL23000111-00 | **Civil** | **Alleghany County Circuit P. O. Box 670 266 West Main Street Covington, VA 24426-0670** | ☐ Pending ☐ On appeal ☑ Concluded |
| 7.4. | **CORNERSTONE COMPANIES INC v  SAKTHI LLC** CL22000217-00 | **Civil** | **Alleghany County Circuit P. O. Box 670 266 West Main Street Covington, VA 24426-0670** | ☑ Pending ☐ On appeal ☐ Concluded |
| 7.5. | **Solar Micronics, Inc and Sakthi, LLC v Krishan Sankar** 2023 CH 01442 | **Civil** | **Circuit Court of Cook County 59 W Washington Chicago, IL 60601** | ☐ Pending ☐ On appeal ☑ Concluded |

**8. Assignments and receivership**

Debtor   **Sakthi, LLC** _____   Case number *(if known)* _____

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

11.  **Payments related to bankruptcy**
     List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Law Office of Allan Fridman<br>555 Skokie Blvd 500<br>Northbrook, IL 60062** | **Attorney Fees** | **12/13/23** | **$16,717.00** |
| | **Email or website address<br>allan@fridlg.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

---

12.  **Self-settled trusts of which the debtor is a beneficiary**
     List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
     Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13.  **Transfers not already listed on this statement**
     List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

Debtor    **Sakthi, LLC**                                          Case number *(if known)*

---

☑ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

**Part 7:**    **Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **100 Tower Drive Suite 131 Burr Ridge, IL 60527** | **2008-3/2020** |

---

**Part 8:**    **Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:**    **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:**    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **BMO Harris 11 W Monroe St, Chicago, IL 60601** | **XXXX-4746** | ☑ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **December 2023** | **$0.00** |

---

Debtor   **Sakthi, LLC**  _____   Case number *(if known)* _____

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.   Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24.   Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

Debtor   **Sakthi, LLC** _____   Case number _(if known)_ _____

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.   **IL Meru Management LLC<br>100 Tower Drive<br>Suite 238<br>Burr Ridge, IL 60527** | **Independent Living Management Compnay** | EIN:   **92-0427696**<br><br>From-To   **9/21/22 to Present** |
| 25.2.   **AL Meru Management LLC<br>100 Tower Dr. Suite 238<br>Willowbrook, IL 60527** | **Assisted Living Center** | EIN:   **92-0401336**<br><br>From-To   **9/21/22** |
| 25.3.   **Meru Memory Care Management LLC<br>100 Tower Drive<br>Suite 238<br>Burr Ridge, IL 60527** | **Memory Care** | EIN:   **92-0447139**<br><br>From-To   **9/21/22** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Greg Writschoreck<br>Citirin Cooperman Asvisors LLC<br>123 Wacker Drive. Suite 1400<br>Chicago, IL 60606** | **2021,** |
| 26a.2.   **Bhavin Patel<br>Precise Tax Accounting<br>949 Plum Grove Rd<br>SUite D<br>IL 60713** | **2022 Tax return** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

Debtor    **Sakthi, LLC**                                                                                                     Case number *(if known)*

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Yolanda Contreras**<br>**100 Tower Drive**<br>**Suite 238**<br>**Burr Ridge, IL 60527** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Yolanda Contreras** | **100 Tower Drive**<br>**Suite 238**<br>**Burr Ridge, IL 60527** | **Manager** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Solar Micronics, Inc.** | **100 Tower Drive**<br>**Suite 131**<br>**Burr Ridge, IL 60527** | **Manager** | **20  voting** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **DR. KRISHNA SANKAR** | **410 Woodland Road**<br>**Covington, VA 24426** | **Member** | **19 Voting and 1 Non Voting** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No

☐ Yes. Identify below.

Debtor  **Sakthi, LLC**                                    Case number *(if known)*

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 14, 2023**

**/s/ Yolanda Contreras**                              **Yolanda Contreras**
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor   **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Sakthi, LLC** _____    Case No. _____

_____
Debtor(s)                                              Chapter    **11**    _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     For legal services, I have agreed to accept _____    $ _____ **15,000.00**

     Prior to the filing of this statement I have received _____    $ _____ **15,000.00**

     Balance Due _____    $ _____ **0.00**

2.   $ __**1,771.00**__ of the filing fee has been paid.

3.   The source of the compensation paid to me was:

     ■ Debtor         ☐ Other (specify):

4.   The source of compensation to be paid to me is:

     ■ Debtor         ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
     copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
     e.  [Other provisions as needed]
         **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
         reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
         522(f)(2)(A) for avoidance of liens on household goods. Representation of the debtors in any dischargeability
         actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**December 14, 2023** _____          **/s/ O. Allan Fridman** _____
_Date_                                                  **O. Allan Fridman 6274954**
                                                        _Signature of Attorney_
                                                        **Law Office of Allan Fridman**
                                                        **555 Skokie Blvd 500**
                                                        **Northbrook, IL 60062**
                                                        **847-412-0788  Fax: 847-412-0898**
                                                        allan@fridlg.com _____
                                                        _Name of law firm_

## RETAINER AGREEMENT
## BETWEEN O. ALLAN FRIDMAN,
## AS ATTORNEYS, AND SAKTHI, LLC. AS CLIENT

### Preambles

Whereas, SAKTHI, LLC ("the Debtor") has experienced financial difficulties and cannot currently pay its creditors according to the terms of installment agreements; and

Whereas, due to the financial difficulties the Client has determined to file a Chapter 11 Bankruptcy;

Whereas the Client and the Attorneys desire to reduce to writing the terms of the Agreement regarding the Attorneys' representation of the Client in relation to the Chapter 11 case;

Now therefore, in consideration of the obligations of the Attorneys and the Client set forth herein, the Parties hereby agree as follows:

### Article 1. The Attorneys' Duties

1.1 The Attorneys shall represent generally the Client in the workout/Chapter 11 proceeding, including negotiating a plan of reorganization, drafting of a disclosure statement, and the various administrative duties attendant to such a case. The Client understands that some of the matters involved may be complex. Client understands that further investigation by the Attorneys and/or other future events may from time to time change the Attorneys' advice regarding any and all matters brought to them, perhaps materially so. The Attorneys are not obligated to begin or to continue to prosecute or defend any claim that in their sole professional judgment is or becomes objectively or subjectively frivolous, can only be brought in bad faith, or whose continued prosecution comes to constitute bad faith, violates or comes to violate any rule or code of professional ethics, or has or comes to have so little chance of success on the merits that it is not reasonable to expect the Attorneys to continue to invest their time in the prosecution thereof. The Attorneys may advise Client to settle any or all of Client's particular matters in which they become involved.

1.2 If the Client should not act with absolute honesty and integrity with the Attorneys, then the Attorneys may either decline to represent the Client or discontinue such representation immediately and in either such case, the Client agrees not to object to the Attorneys' withdrawal for such reasons in any way.

1.3 Nothing in this Agreement shall prohibit either of the Parties from describing or clarifying the Attorneys' representation regarding a particular matter.

### Article 2. The Attorneys' Authority To Act

2.1 In matters of professional responsibility, the Attorneys shall act in their own discretion as they deem proper under the applicable rules of court and the Illinois Code of Professional Responsibility and/or the Rules of the United States District Court/Bankruptcy Court for the Northern District of Illinois, or such other court(s) wherein the Attorneys may come to

represent the Client (collectively "ICPR"), and without any direction from the Client. However, the Client remains free to comment on any aspect of the Attorneys' professional conduct and is encouraged by the Attorneys to do so at any time.


2.2 The Attorneys recognize that it is the Attorneys' general duty to carry out the directions of their principal, the Client, but the Client recognizes that their agents, the Attorneys, are possessed of special skills and training in legal matters beyond those of the Client. Therefore, in matters of general strategy, the Attorneys shall follow the general directions of the Client where such direction does not impinge upon the Attorneys professional responsibilities in any or all matters, or the Attorneys' professional judgment in matters concerning which a full consultation with the Client is not practical-for example, and certainly without limitation, how to proceed in open court, when Client cannot be reached, or when immediate action is needed.

2.3 Anything herein to the contrary notwithstanding, nothing herein shall be construed to limit the  Attorneys ' responsibilities under the ICPR, but it is the Parties ' desire that the provisions hereof be liberally construed to the extent possible to conform to said [ICPR. Should any provision hereof be found to violate the said [CPR, such finding shall not affect the remaining provisions hereof unless such finding would substantially and materially affect the basic purposes hereof, which are to provide the Client with legal representation and to provide for reasonable payment to the Attorneys.


### Article 3. The Attorneys' Fees

3.1 The Debtor has agreed to pay the Attorneys a retainer of Fifteen Thousand Dollars ($15,000.00) plus filing fees subject to court approval. The Bankruptcy Court may award future retainers and fees.

3.2. All retainers described herein, including all future retainers, are expressly agreed to be "advance payment retainers" as described in *In re Production Associates, Ltd. ,* 264 B.R. 180 (Bkrtcy. N.D.IL.2001) and *Dowling* v. *Chicago Options Associates, Inc.,* 2007 WL 1288279 (111.). The Attorneys will commingle the retainer and any future retainer(s) immediately upon receipt with their general funds being obligated only to refund an amount equal to the unearned portion thereof, if any (and not the actual retainer funds themselves), promptly after the termination of the Attorneys ' services. Ordinarily, Client has the option to request that the retainer be considered a "security retainer" where Client continues to have an interest in the funds, but Client recognizes and agrees that the Attorneys would not undertake the representation on that basis. The Attorneys are obligated by the *Dowling* case to advise Client of the reason they would decline to represent Client on a security retainer bases, and that reason is the Attorneys do not desire even potentially to compete with the creditors of the debtor-Client. This is advantageous to Client in the Attorneys' opinion because the *Dowling* case makes specific reference to creditor problems as a reason justifying the advance payment retainer over the security retainer.

3.3. The Parties hereto understand and acknowledge that the amount of services to be provided by the Attorneys and the outcome of the representation are extremely difficult to predict. Compensation will be paid to the Attorneys at their customary hourly rates (including all para-professional staff) as they exist from time to time. The rates are currently $480.00 for

O. Allan Fridman changes in rates will be shown on statements sent to the Client by showing each hourly rate being charged for the period involved in the bill.

3.4 All costs charged to the Client, all expenses incurred, and disbursements made by the Attorneys on the Client's behalf in connection with this matter will be payable by the Client in addition to the professional fees. Such expenses typically include but are not limited to: accountants or other expert witnesses and consultants, transcripts, long distance telephone calls, photocopying, messengers, travel costs (both local and longer distances), and electronic mail services. The foregoing list is by way of example only, and the omission of any charge, expense, or disbursement from said list is not intended as a limitation for such possible charges. The Client is responsible for, and shall pay immediately when billed, for the Attorneys' out of pocket costs and for certain expenses billed at standard rates without an exact computation of the Attorneys' costs (such as photocopies not sent to an outside service).

3.5 The Attorneys will be paid through the presentation of applications for compensation presented to and subject to the approval of the bankruptcy court. The Client may be heard regarding any requested fees and reimbursement of requested expenses.

3.6 **Client acknowledges s/he/it understands that:**

A.      **This is NOT a "flat fee" case, but rather the lawyer's fees are calculated on the basis of the number of hours the lawyer works times the lawyer's hourly rate.**

_____ **[Please Initial]**

B.      **Depending on how many hours the lawyer works, the lawyer's bill may be greater than the initial retainer and even subsequent retainers, perhaps substantially so.**

_____ **[Please Initial]**

C.      **All retainers called for in this Agreement become solely the lawyer's property when paid, subject to the return to the Client of any unused hourly portion thereof after payment of the Client's costs, all as more fully described above.**

_____ **[Please Initial]**

D.      **The Client's costs described above are IN ADDITION TO the lawyer's fees.**

_____ **[Please Initial]**

E.      **If the lawyer's fees and costs are approved by a Bankruptcy Court, the Bankruptcy Court generally also allows the lawyer to charge for the preparation of the Court papers and Court papers and other work necessary to obtain payment of the lawyer's fees and costs.**

_____ **[Please Initial]**

## Article 4. General Provisions

4.1 This Agreement shall be construed under a rule of reasonableness at the time it was entered, examining any provision thereof with a mind that the Parties hereto were acting in good faith and without oppression, attempting to reach a fair and equitable means on which the Attorneys could pursue the Client's interests on behalf of the Client and be paid the reasonable fees provided for herein. All actions taken in accordance herewith shall be construed under a rule of reasonableness as of the time they were taken.

4.2 This Agreement shall be construed according to the laws of the State of Illinois, where it arose, and where it shall substantially or totally be performed. For these reasons, also, venue of any dispute arising out of this Agreement is hereby set exclusively in any Court having subject matter jurisdiction located in Cook County, Illinois, and the Parties agree to submit to the jurisdiction of any such Court.

4.3 The Client may discharge the Attorneys at will.

4.4 This Agreement may be signed in Counterparts.

## Article 5. Legal Advice Regarding This Agreement

5.1 The Attorneys are not representing the Client regarding its entering this Agreement, nor are they rendering any legal advice to the Client regarding same.

5.2 The Client acknowledges and represents that the Attorneys have advised it that it should
retain its own independent legal opinion (meaning from legal counsel other than the attorneys) regarding it entering this Agreement with the Attorneys, and that the Client has indeed obtained that independent legal advice or has knowingly waived its right to obtain such independent advice.
The Client is strongly urged and entreated by the Attorneys to obtain such outside, independent, legal opinion of the lawyer or lawyers of its choice before entering this Agreement, and to have said independent attorneys make any inquiries regarding this Agreement as they may so desire.

AGREED
Sakthi, LLC

_____
Yolanda Contreras, President of
Solar Micronics, Inc.
Its Manager of Sakthi, LLC

_O Allan Fridman_

_____
O. Allan Fridman

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Sakthi, LLC** _____

Debtor(s)

Case No. _____

Chapter   **11** _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **DR. KRISHNA SANKAR**<br>**410 Woodland Road**<br>**Covington, VA 24426** | | **19 Voting 1 Non voting** | **Membership Interest** |
| **Solar Micronics, Inc.**<br>**100 Tower Drive**<br>**Suite 131**<br>**Burr Ridge, IL 60527** | | **20** | **Membership Interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **December 13, 2023** _____

Signature _____

**Yolanda Contreras**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Sakthi, LLC**

Debtor(s)

Case No.

Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

Number of Creditors:      **29**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **December 14, 2023**          **/s/ Yolanda Contreras**

                                        **Yolanda Contreras/Manager**

                                        Signer/Title

.

AL Meru Management LLC
100 Tower Dr. Suite 238
Willowbrook, IL 60527


Alleghany County Treasurer
9212 Winterberry Ave, Suite
Covington, VA 24426


Brian H. Richardson
1100 Roanke
Roanoke, VA 24011


Columbia Acct 10002
PO Box 70319,
Philadelphia, PA 19176


Cornerstone Companies
1255 South Franklin Street
Christiansburg, VA 24073


Cornerstone Electric
PO Box 1015
Ashland, VA 23005


David E. DeCelles
david.decelles@usdoj.gov
219 S Dearborn Room 500
Chicago, IL 60601


Dominion
PO Box 26543,
Richmond, VA 23290


Dr. Ganesan Visvasbharathy
100 Tower Drive
Suite 238
Burr Ridge, IL 60527


Dr. Krishna Sankar
410 Woodland Road
Covington, VA 24426


DR. KRISHNA SANKAR,
410 Woodland Road
Covington, VA 24426

Hawthorne Development Corporation
100 Tower Drive
Willowbrook, IL 60527


Hawthorne Development Corporation
100 Tower Drive Suite 238
Willowbrook, IL 60527


Hawthorne Development Corporation
100 Tower Drive
Suite 238
Burr Ridge, IL 60527


Highland Gateway Real Estate, LLC.
Bryson Hunter, registered agent
310 1st St., SW Ste. 1100,
Roanoke, VA 24011-1916


IL Meru Managment LLC
100 Tower Drive Suite 238
Willowbrook, IL 60527


Internal Revenue Service
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
Philadelphia, PA 19101-7346


IPFS Corporation Insurance
462 South 4th Str, #1700,
Meidinger Tower,
Louisville, KY 40202-2509


Jones & Jones
6120 Peters Creek Rd
Roanoke, VA 24019-4028


Kent's Insulating
5454 Aerospace Road
Roanoke, VA 24014


Meru Memory Care Managment LLC
100 Tower Drive Suite 238
Willowbrook, IL 60527

```
Neathawk
323 Jefferson St. North
PO Drawer 427
Richmond, VA 23218


Newton & Sullivan, PLLC
3420 Electric Road Suite 2C
Roanoke, VA 24018


Peter M. Pearl
310 First Street, Suite 1100
Roanoke, VA 24011


Sankar Properties, Inc.
410 Woodland Road
Covington, VA 24426


Shain Banks
70 W. Madison St, Suite 5400
Chicago, IL 60602


Shentel
106 S. Main Street
Edinburg, VA 22824


Shentel
PO Box 740573, Cincinnati, OH
Cincinnati, OH 45274


U.S. Attorney, Civil Process Clerk
Attn. David Decelles
219 S. Dearborn St., Rm. 500
Chicago, IL 60603
```

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Sakthi, LLC**

Debtor(s)

Case No.

Chapter   **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Sakthi, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Solar Micronics, Inc.**
**100 Tower Drive**
**Suite 131**
**Burr Ridge, IL 60527**

☐ None [*Check if applicable*]

**December 14, 2023**

Date

**/s/ O. Allan Fridman**

**O. Allan Fridman 6274954**

Signature of Attorney or Litigant

Counsel for   **Sakthi, LLC**

**Law Office of Allan Fridman**
**555 Skokie Blvd 500**
**Northbrook, IL 60062**
**847-412-0788 Fax:847-412-0898**
**allan@fridlg.com**